:C.-S.-S.-C.-S.-L.-FLAG OF THIS CONTRACT-CORPORATION-VESSEL-COURT.
IN THE CONTRACT-STATES-POSTAL-SERVICE-DI-STRICT-COURT OF THE CALIFORNIA-STATE-TERRITORY.

FILED
CLERK, U.S. DISTRICT COURT
NOV - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# :UNITED-STATES-DISTRICT-COURT
# :CENTRAL-DISTRICT OF THE CALIFORNIA

:Donald: Ballard [husband & wife] )
:Peggy: Ballard [11433 MOUNTAIN VIEW )
DRIVE#35, ~RANCHO-CUCAMONGA, CA-91730] )
:David-Wynn: Miller., :Plenipotentiary- )
Judge with the witnessing for the syntax-fraud- )
communication-documents by these vassalees. )
:CONTEST-VS-. )
COUNTRYWIDE HOME LOANS [~4500~PARK- )
GRANADA, ~CALABASAS, ~CALIFORNIA- )
~91302-1613] )
RECONSTRUST CONPANY COMPANY, N.A., )
[~225~WEST~HILLCREST-DRIVE, )
~THOUSAND-OAKS,~CALIFORNIA-~91360] )
MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, INC. [~BOX~2026,~FLINT,~MI
~48501-2026]

CASE NUMBER~CV 10-7738 AHM (DTBx)

FOR THESE SUMMARY-CLOSURES OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE ARE WITH THIS **QUO-WARRENTO-COMPLAINT** AGAINST THE VASSALEES OF THIS EVIDENCE-FICTIONAL-SYNTAX: "DEED OF TRUST"-CONTRACT-DOCUMENT.

FOR AN AMOUNT OF THIS CONTROVESY: = $713,059.00.

FOR THESE **TERMS OF THIS C.-S.-S.-C.-S.-L.**-NOW-TIME-VESSEL-COURT-DOCUMENT:
:**VASSALEE-(WORD-MEANS): VASSAL=**SERVANT OF THIS CONTRACT, **EE=**PLOYEE-CONTRACT.
:**C.-S.-S.-C.-S.-L.** = CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE
:**C.-C.** = FOR THE **CIVIL-CLAIM OF THIS DOCUMENT-VESSEL-COURT.**
:**C.-S.-C.-S.** = FOR THE CONTRACT-STATES-CLAIMS-SECTION = FOR THESE CORRECTIONS OF AN AILING-**UNITED STATES TITLES** AND: **UNITED STATES CODES** WITH AN AILING-FICTION-SYNTAX-MODIFICATION-LANGUAGE/CODES.
:**CONTRACT-VESSEL** = FOR THE CONTRACT-JOINING OF THE PERSON'S-COMPLIANCE IS WITH THE CORPORATION-CLAIM BETWEEN THE TWO-OR MORE-PARTIES.
:**CONTRACT-STATES** = FOR THE CORPORATION OF THESE TWO-OR-MORE-PERSONS BY THE CONTRACT-CLAIM.
:**NOW-TIME-TENSE** =
:**CONJUNCTION: AND** = ALSO, COMMAND, **OR** = OPTION, EITHER.
:**FICTION** = :SPECT, FICTION, MODIFICATION, OPINION, *PRESUMPTION, ASSUMPTION,* APARTHEID, ILLUSION, MISTIC AND: PHANTUM.
:**LODIAL** =[ARTICLE] **FOR THE SPECIFIC** = A, AN, THE, THIS, THESE.
:**POSITION** = FOR, OF, WITH, BY, THROUGH.
:**VASSALEE** = FOR THE **SERVANT**-EMPLO**YEE** OF THIS COMPLAINT-CONTRACT.
:**VERB** = FOR THE THINKING-CAUSE = **IS** = SINGULAR, **ARE** = PLURAL.
:**VESSEL** = FOR THE MARITIME :ORIGINAL-LOCATION.
:**VOLITION** = FOR THE CLAIMANT'S-KNOWLEDGE OF THE FACTS IS WITH THE CAUSE-CLAIM OF THE MOTION-THINKING WITH THE VESSEL OF THE C.-S.-S.-C.-S.-L.-NOW-TIME-VESSEL-COURT-DOCUMENT-COMMUNICATIONS.

~1 FOR THE CLAIMANT: Donald: Ballard's-KNOWLEDGE and: PLENIPOTENTIARY-JUDGE: David-Wynn: Miller's-KNOWLEDGE OF THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA-(VERB-SYNTAX-FICTION)-DOCUMENT **ARE** WITH THE CLAIM OF THESE **193-SYNTAX-ERRORS** AND WITH THE SYNTAX-ITALIC-WRITINGS OF THE FICTIONAL-VOID-CONTINUANCE-EVIDENCE-TRICKERY WITH THIS **DOCUMENT-SYNTAX-ERROR-EVIDENCE** OF THE WORD-MODIFICATIONS WITH THE FRAUDULANT-SYNTAX-WORD-FORMS BY THE **UNITED STATES DISTRICT JUDGE: A. HOWARD MATZ.**

~2 FOR THE CLAIMANT: Donald: Ballard's-KNOWLEDGE and: PLENIPOTENTIARY-JUDGE: David-Wynn: Miller's-KNOWLEDGE OF THIS UNITED STATES DISTRICT JUDGE: A. HOWARD MATZ'S-CONFESSION WITH THE VOID-CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-OPERATIONS **IS** WITH THE CLAIM OF THE CLAIMANT'-KNOWLEDGE: TITLE-~42: U.-S.-C.-S.-~1986 OF THE FACTS WITH THE DAMAGE-CLAIM OF THE "FEDERAL-RULES OF THE CIVIL-PROCEDURES-PLEADINGS" WITH THE VOID-SYNTAX-OPERATIONS OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE WITH THE LAWS, RULES, REGULATIONS, CODES AND: OATH WITH THIS DOCUMENT-SYNTAX-VIOLATIONS OF THE TITLE-18: U.-S.-C.-S.-~1001 WITH THE FICTIONAL-LANGUAGE WITH THE PERJURY: TITLE-~18: U.-S.-C.-S.-~1621 AND: WITH THE FRAUD AND MISLEADING-STATEMENTS OF THE TITLE-~15: U.-S.-C.-S.-~1692e WITH THE FINE OF THE TITLE-~15 U.-S.-C.-S.-~78ff $25-MILLION-DOLLARS.

~3 FOR THE CRIMINAL-OPERATION-PARTICIPATION AS A CO-CONSPIRATOR **IS** WITH THE CLAIM OF THE JURISDICTION-LOSS WITH THE JUDGESHIP OF THIS **CORPORATION-CASE-NUMBER-~CV 10-7738 AHM (DTBx)** BY THE UNITED STATES DISTRICT JUDGE: A. HOWARD MATZ'S-CONFESSION-ERRORS.

~4 FOR THE CLAIMANTS'-COMMAND OF THE CORRECT-SYNTAX-COMMUNICATIONS **ARE** WITH THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-LANGUAGE-CLAIMS WITH THE VOIDANCE OF THE PERJURY WITH THE OPERATIONS OF THIS UNITED STATES DISTRICT JUDGE: A. HOWARD MATZ.

:_____.
:Donald: Ballard.

:_____.
:Peggy: Ballard.

:_____.
:David-Wynn: Miller. ~2~NOV~2010.
:David-Wynn: Miller.

*[handwritten left margin:]* .ald Ballard
483 Ma... ...ale Wy
Fontana CA 92336
vs

Peggy Ballard
5483 Martingale Wy
Fontana CA 92336

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-7738 AHM (DTBx) | Date | October 27, 2010 |
|---|---|---|---|
| Title | DONALD BALLARD, et al. v. COUNTRYWIDE HOME LOANS, et al. | | |

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| S. Eagle | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys NOT Present for Plaintiffs:                Attorneys NOT Present for Defendants:

Proceedings:            IN CHAMBERS (No Proceedings Held)

"Under the substantiality doctrine, the district court lacks subject matter jurisdiction when the question presented is too insubstantial to consider." *Cook v. Peter Kiewit Sons Co.*, 775 F.2d 1030, 1035 (9th Cir. 1985). A claim that is "obviously frivolous," may be dismissed under the substantiality doctrine, *Franklin v. Murphy*, 745 F.2d 1221, 1227 n.6 (9th Cir. 1984), as may a claim that is "'implausible, foreclosed by prior decisions of this Court or otherwise completely devoid of merit.'" *Cook*, 775 F.2d at 1035 (quoting *Oneida Indian Nation v. County of Oneida*, 414 U.S. 661, 666 (1974)).

Plaintiffs are hereby ordered to show cause why their complaint should not be dismissed sua sponte by this Court for lack of subject matter jurisdiction. The allegations and claims for relief in Plaintiffs' complaint are unintelligible and therefore frivolous, and the Court lacks jurisdiction under the foregoing authorities. Plaintiffs shall have until November 9, 2010 to respond.

*[handwritten annotations throughout:]* ITALIC = OMIT-VOID; V.C.; OMIT; DPV

*[handwritten:]* 193 - SYNTAX - ERRORS (wRongs)

:Syntax-word-key-meaning:
1=Adverb        8=Past-time
2=Verb          9=Future-time
3=Adjective     0=Conjunction
4=Pronoun       NC=No-Contract

Initials of Preparer        SE

*[handwritten:]*
BOXING = VOID - OMIT
DPV = DANGLING - PARTICIPLE - VERB.
V.C. = VOID - CONTINUANCE - TIME - PERSONS - SYNTAX - FRAUD.

Donald L. Ballard
5483 Martingale Wy.
Fontana, Ca. 92336

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

CV 10 - 07738 AHM (DTBx)

Donald Ballard

CLAIMANT
Plaintiff(s)

v.

BAC Home Loans

VASSALEE
Defendant(s)

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

---

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*
   a. ☑ summons ☑ complaint ☐ alias summons ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☐ other *(specify):*

2. Person served: VASSALEE
   a. ☑ Defendant *(name):* BAC Home Loans
   b. ☐ Other *(specify name and title or relationship to the party/business named):*
   c. ☑ Address where papers were served: 818 W, Seventh ST, Los Angeles, Cc, 90017

3. Manner of Service in compliance with *(the appropriate box must be checked):*
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on *(date):* _____ at *(time):* _____

   b. ☐ By Substituted service. By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ Papers were served on *(date):* _____ at *(time):* _____
      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☑ papers were mailed on *(date):* 10-23-2010
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE – SUMMONS AND COMPLAINT**

CV-1 (04/01)

PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of Summons and Complaint).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service).

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service:   *(date)*: _____   at *(time)*: _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

c. ☑ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Louis Q Hubox
   108 08 Football BL #160
   Rancho Cucamonga CA 91730
   909-484-1474

   a. Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: .

_____
*(Signature)*

Donald L Ballard
5483 Martingale Wy.
Fontana, Ca, 92336

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Donald Ballard

CLAIMANT
Plaintiff(s)

v.

Mortgage Electronic Registration

DEFENDANT
Defendant(s)

CASE NUMBER:

**CV 10 - 07738 AHM (DTBx)**

## PROOF OF SERVICE
## SUMMONS AND COMPLAINT
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*
   a. ☑ summons ☑ complaint ☐ alias summons ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☐ other *(specify)*:

2. Person served:
   a. ☐ Defendant *(name)*: Mortgage Electronic Registration
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:

   c. ☐ Address where papers were served: 1209 Orange ST, Wilington, De., 19801

3. Manner of Service in compliance with *(the appropriate box must be checked)*:
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on *(date)*:_____ at *(time)*: _____
   b. ☐ By Substituted service. By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ Papers were served on *(date)*:_____ at *(time)*: _____
      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☑ papers were mailed on (date): 10-23-2010
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

**PROOF OF SERVICE – SUMMONS AND COMPLAINT**

CV-1 (04/01)

PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of Summons and Complaint).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (R.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service).

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

c. ☑ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

Lows a Hubard
108 08 Foothill Bl #160
Rancho Cucamonga CA 91730
909-484-1474

a. Fee for service: $
b. ☒ Not a registered California process server
c. ☐ Exempt from registration under B&P 22350(b)
d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

Donald L. Ballard
5483 Martingale Wy.
Fontana, Ca. 92336

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Donald Ballard

CASE NUMBER:

CLAIMANT
Plaintiff(s),

v.

Countrywide Home Loans

:UASSALEE
Defendant(s)

CV 10 - 07738 AHM (DTBx)

## PROOF OF SERVICE
### SUMMONS AND COMPLAINT
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*
   a. [x] summons    [✓] complaint    [ ] alias summons    [ ] first amended complaint
                                                            [ ] second amended complaint
                                                            [ ] third amended complaint

   [ ] other *(specify):*

2. Person served: VASSALEE : Countrywide Home Loans
   a. [ ] Defendant *(name):*
   b. [ ] Other *(specify name and title or relationship to the party/business named):*

   c. [✓] Address where papers were served: 4500 Park Granada, Calabasas, Ca, 91302

3. Manner of Service in compliance with *(the appropriate box must be checked):*
   a. [✓] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. I served the person named in Item 2:
   a. [ ] By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [✓] Papers were served on *(date):* _____ at *(time):* _____

   b. [ ] By Substituted service. By leaving copies:
      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] Papers were served on *(date):* _____ at *(time):* _____
      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(e).
      5. [✓] papers were mailed on (date): 10-23-2010
      6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)    PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of Summons and Complaint).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service).

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service:   *(date)*: _____ at *(time)*: _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

c. ☑ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Louis D Hubard
   108 08 Foothill BL #160
   Rancho Cucamonga CA CA 91730
   909-484-1474

   a. Fee for service:  $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

Donald L. Ballard
5483 Martingale Wy.
Fontana, Ca. 92336

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Donald Ballard

CLAIMANT
Plaintiff(s),

v.

Reconstrust Company, NA.

DEFENDANT
Defendant(s)

CASE NUMBER:

**CV - 10 - 07738 (DTBx)**

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*
   a. ☑ summons ☑ complaint ☐ alias summons ☐ first amended complaint
      ☐ second amended complaint
      ☐ third amended complaint

   ☐ other *(specify)*:

2. Person served:
   a. ☑ Defendant *(name)*: Reconstrust Co.
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:

   c. ☑ Address where papers were served: 225 W. Hillcrest Dr. Thousand Oaks, Ca. 91360

3. Manner of Service in compliance with *(the appropriate box must be checked)*:
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☑ Papers were served on *(date)*: _____ at *(time)*: _____

   b. ☐ By Substituted service. By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ Papers were served on *(date)*: _____ at *(time)*: _____
      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☑ papers were mailed on (date): 10-23-2010
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

PROOF OF SERVICE – SUMMONS AND COMPLAINT

CV-1 (04/01)

PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of Summons and Complaint).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service).

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

c. ☑ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. **Person serving** *(name, address and telephone number):*

   Louis Q Hubon
   108 08 Foothill Bl #160
   Rancho Cucamonga CA CA 91730
   909-484-1474

   a. Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____

_____
*(Signature)*

Donald L. Ballard
5483 Martingale Wy.
Fontana, Ca. 92336

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Donald L Ballard

CASE NUMBER:

CLAIMANT
Plaintiff(s)

v.

Bank of New York

CV 10 - 07738 AHM (DTBx)

NASSALEE
Defendant(s)

## PROOF OF SERVICE
## SUMMONS AND COMPLAINT
(Use separate proof of service for each person/party served)

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*
    a.  ☐ summons          ☐ complaint          ☐ alias summons          ☐ first amended complaint
                                                                          ☐ second amended complaint
                                                                          ☐ third amended complaint
        ☐ other *(specify)*:

2.  Person served: NASS ALEE
    a.  ☑ Defendant *(name)*: Bank of New York
    b.  ☐ Other *(specify name and title or relationship to the party/business named)*:
    c.  ☑ Address where papers were served: 300 Colonial Center PKY, Lake Mary, Florida 32726

3.  Manner of Service in compliance with *(the appropriate box must be checked)*:
    a.  ☑ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  I served the person named in Item 2:
    a.  ☐ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
        1.  ☐ Papers were served on *(date)*:_____ at *(time)*: _____
    b.  ☐ By Substituted service. By leaving copies:
        1.  ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
        2.  ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
        3.  ☐ Papers were served on *(date)*:_____ at *(time)*: _____
        4.  ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
        5.  ☑ papers were mailed on (date): 10-23-2010
        6.  ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

PROOF OF SERVICE – SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                    PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of Summons and Complaint).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (RR.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service).

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

c. ☑ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Lours O Hubard
   108 08 Foothill Bl #160
   Rancho Cucamonga Ca 91730
   909-484-1474

    a. Fee for service:  $

    b. ☒ Not a registered California process server

    c. ☐ Exempt from registration under B&P 22350(b)

    d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

**Receipt 1**

A. Signature

X _J. Pinkston_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    OCT 2 6 2010    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Countrywide Home Loans
4500 Park Granada
Calabasas, Ca,
91302

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7009 0820 0001 4846 4357

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**Receipt 2**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

BAC Home Loans
818 W. Seventh ST.
Los Angeles, Ca.
90017

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7009 0820 0001 4846 4333

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**Receipt 3**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Chris Smith_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) _Chris Smith_   C. Date of Delivery 10/27/10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Bank of New York
300 Colonial Center Parkway
Lake Mary, Fl.
32726

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7009 0820 0001 4846 4340

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 7.25 |
| Certified Fee | 4.00 |
| Return Receipt Fee (Endorsement Required) | 3.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 14.55 |

Sent To: BAC Home Loans
Street, Apt. No.; or PO Box No. 888 W. Seventh St,
City, State, ZIP+4 Los Angeles, Ca. 90017

PS Form 3800, August 2006          See Reverse for Instructions

7009 0820 0001 4846 4333


**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 7.25 |
| Certified Fee | 4.00 |
| Return Receipt Fee (Endorsement Required) | 3.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 14.55 |

Sent To: Mortgage Electronic Registration
Street, Apt. No.; or PO Box No. 1209 Orange ST.
City, State, ZIP+4 Wilington, De. 19801

PS Form 3800, August 2006          See Reverse for Instructions

7010 0780 0001 8895 3100


**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 7.25 |
| Certified Fee | 4.00 |
| Return Receipt Fee (Endorsement Required) | 3.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 14.55 |

Sent To: Countrywide Home Loans
Street, Apt. No.; or PO Box No. 4500 Park Granada
City, State, ZIP+4 Calabasas, Ca. 91302

PS Form 3800, August 2006          See Reverse for Instructions

7009 0820 0001 4846 4357


**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 7.25 |
| Certified Fee | 4.00 |
| Return Receipt Fee (Endorsement Required) | 3.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 14.55 |

Sent To: Recontrust
Street, Apt. No.; or PO Box No. 225 W. Hillcrest D.
City, State, ZIP+4 Thousand, Ca. 91360

PS Form 3800, August 2006          See Reverse for Instructions

7010 0780 0001 8895 3094


**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 7.25 |
| Certified Fee | 4.00 |
| Return Receipt Fee (Endorsement Required) | 3.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 14.55 |

Sent To: Bank of New York
Street, Apt. No.; or PO Box No. 300 Colonial Center Parkway
City, State, ZIP+4 Lake Mary, Fl. 32726

PS Form 3800, August 2006          See Reverse for Instructions

7009 0820 0001 4846 4434

*Donald L. Ballard*

*Countrywide Home Loans, MERS, Recontrust Co,*
*CTC Real Estate Service*

| | |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> *Donald L. Ballard* <br> *5483 Martingale Way.* <br> *Fontana, Ca. 92336* | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** – For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding ☑ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT: $** _injunction+damages_

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

*: SYNTAX - COMMUNICATION - MODIFICATION - FRAUD - CONTRACT.*

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☑ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | IMMIGRATION | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 465 Other Immigration Actions | | |

**CV 10 - 07738 AHM**

**(DTBx)**

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)   **CIVIL COVER SHEET**   Page 1

OCT 15 2010

Donald L. Ballard
5483 Martingale Wy.
Fontana, Ca. 92336

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Donald L. Ballard

CLAIMANT
Plaintiff(s),

v.

BankofNewYork, BAC HomeLoans,
Countrywide Home Loans, MERS, Recontrust
Co., CTC Real Estate Service          VASSALEE

CASE NUMBER:

CV - 10 - 07738 AHM (DTBx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD: *FOR THE COURT AND WITH THE PERSONS OF AN [AP]PEARING IS WITH THE WITNESSING ON THE FILES.*

The undersigned, counsel of record for _____

(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |

:David-Wynn: Miller, PLENIPOTENTIARY-JUDGE-WITNESS-SYNTAX.

10/15/10
**Date**

Donald E Ballard
**Sign**

_____
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES

Case 2:10-cv-07738-AHM-DTB Document 6 Filed 11/10/10 Page 18 of 21 Page ID #:93

# UNITED STATES DISTRICT COURT

### for the

Donald Leehez Ballard

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| BAC Home Loans | ) | CV 10-07738 |
| *Defendant* | ) | AHM |
| | ) | (DTBx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BAC Home Loans
818 W. Seventh ST,
Los Angeles, Ca 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald Leehez Ballard
5483 Martingale Wy.
Fontana, Ca, 92336
909-202-3047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**TERRY NAFISI**
*CLERK OF COURT*

OCT 15 2010

Date: _____         _____
                                      *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

Donald Lechez Ballard

)
)
)
**Plaintiff**
)
v.
)        Civil Action No.
)
Bank of New York
)           CV 10-07738
)
**Defendant**
)                 A.HM
)
                              (DTBx)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bank of New York
300 Colonial Center Parkway
Lake Mary, Fl. 32726

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald Lechez Ballard
5483 Martingale Wy.
Fontana, Ca, 92336
909-202-3047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

OCT 15 2010

**TERRY NAFISI**
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

### for the

Donald Lechez Ballard

|  |  |
|---|---|
| *Plaintiff* | ) ) ) |
| v. | ) ) ) Civil Action No. $CV \, 10-07738$ |
| *Defendant* | ) ) $AHM$ |
| Recontrust Company | $(DTB_x)$ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Recontrust Company
1800 Tapo Canyon Rd.
Simi Valley, Ca, 93063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald Lechez Ballard
5483 Martingale Wy.
Fontana, Ca, 92336
909-202-3047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

OCT 15 2010

**TERRY NAFISI**
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Donald Lechez Ballard

)
)
)
)
Plaintiff )
v. )
)
Countrywide Home Loans )
)
Defendant )

Civil Action No.

CV 10-07738
AHM
(DTBx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Countrywide Home Loans
4500 Park Granada
Colabasas, Ca, 91302

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald Lechez Ballard
5483 Martingale Wy.
Fontana, Ca, 92336
909-202-3047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

OCT 15 2010

TERRY NAFISI
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*